UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    19-10150 |
| | ) | CHAPTER    11 |
| JAMES E. MILLER, II | ) | REG/jd |
| | ) | |
| | ) | |
| Debtor | ) | |

**ORDER DENYING MOTION TO EXTEND TIME**

On  June 05, 2019

Sigma Restaurants, Inc.'s motion, filed on May 31, 2019, for an extension of time to respond to debtor's request for production of documents, interrogatories, and request for admissions is DENIED, without prejudice to resubmission in accordance with Local Bankruptcy Rule B-9006-1.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court